# Court of Appeals
# of the State of Georgia

ATLANTA, October 20, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0254. CLARK v. STATE.**

This appeal was docketed on September 6, 2023, and Appellant's brief containing an enumeration of errors was due by September 26, 2023. Appellant failed to do so, and therefore, the appeal is hereby **DISMISSED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/20/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*